**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01290-CV

### IN THE INTEREST OF: J.C.T AND L.D.T, CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-82-17818**

## ORDER

We **GRANT** appellant's February 4, 2013 motion for an extension of time to file a brief.

Appellant shall file her brief on or before March 6, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE